EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
NATHANIEL B. WALKER (Cal. Bar No. 224473)
Assistant United States Attorney
General Crimes Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0282
     Facsimile: (213) 894-0141
     E-mail:    nathaniel.walker@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

cc: USM, USPO, PSA-LA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 15-0670-JFW-1 |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER REVOKING DEFENDANT'S BOND |
| v. | |
| ROSE MARIE BUSH, | |
| Defendant. | |

   On March 31, 2016, the United States Pretrial Services Office requested that this Court issue an Order to Show Cause why bond should not be revoked for defendant ROSE MARIE BUSH ("defendant"). The Court did issue such an Order, and a hearing was held on April 5, 2016, at which defendant, Deputy Federal Public Defender Ashfaq Chowdhury, Assistant United States Attorney Nathaniel Walker, and Pretrial Services Officer Denelle Gutierrez were present.

   The Court has considered the arguments of defendant's counsel and the report submitted by the Pretrial Services Office. The Court hereby finds that the issues the Pretrial Services Office has raised weigh in favor of revocation of defendant's bond.

THEREFORE:

1. Defendant's bond is hereby REVOKED.

2. Defendant shall surrender to the United States Marshal by noon on Wednesday, April 6, 2016.

3. The sentencing hearing in this matter remains scheduled for May 2, 2016, at 9:00 a.m.

IT IS SO ORDERED.

April 6, 2016  
DATE

HONORABLE JOHN F. WALTER  
UNITED STATES DISTRICT JUDGE

Presented by:

/s/  
NATHANIEL B. WALKER  
Assistant United States Attorney

2